Central Trust Company of New York as Trustee, etc., Plaintiff, v. Fannie Humphreys Gaffney, Respondent, Impleaded with Fredric E. Humphreys, Appellant, and Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles M. R. Ward, Appellant, v. Textile Commission Company, Respondent.— Judgment and order affirmed, with costs, on the opinion of this court on the former appeal (139 App. Div. 109). Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.   (Ingraham, P. J., dissented on the dissenting opinion on the same appeal.)

Patrick Alexander Fogarty, Appellant, v. William P. Fogarty, Respondent.— Judgment modified by allowing plaintiff to tax his costs as allowed by the interlocutory judgment and insert the same in the final judgment, and as so modified affirmed, with costs to the respondent. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Aaron H. Nathan, Respondent, v. Julius Goldstone and Others, Copartners, Doing Business under the Firm Name of J. & F. Goldstone & Co., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Henry C. Everdell, Respondent, v. Bankers Life Insurance Company of the City of New York, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Owen Lawlor and Frank Hildner.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Max Hochstim v. John A. Sonntag.— Motion to dismiss appeal denied. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Alexander Stein v. Emily L. Felt, Impleaded, etc.— Motion to dismiss appeal denied. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Louise L. Williams v. Rutherfurd Realty Company.— Motion to dismiss appeal denied. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Edward K. Somborn, Deceased.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Stephen G. Clarke, as Executor, etc., v. James R. Gilmore, Impleaded, etc. — Motion to dismiss appeal denied.   Motion to consolidate appeals denied. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

William E. Mowbray v. Harriet De Forest, as Ancillary Executrix, etc. — Motion to dismiss appeal granted, with ten dollars costs.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

William E. Mowbray v. Harriet De Forest, as Ancillary Executrix, etc. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.